AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| SONGQUAN CHEN | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| MERRICK GARLAND, ALEJANDRO MAYORKAS, | ) |
| UR MENDOZA JADDOU, TED H. KIM, PATRICIA | ) |
| MENGES | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   24-1275 BMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The United States of America
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Yifei HePLLC
32 Broadway, Suite 1710
New York, NY 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date:   _____02/23/2024_____

*Alisha Francis*



_____
*Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

Name and Address of All Defendants:

The United States of America
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530

ALEJANDRO MAYORKAS
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

UR MENDOZA JADDOU
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

TED H. KIM
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

PATRICIA MENGES
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009